CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: |
| *ex rel.* [UNDER SEAL] | COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. |
| Plaintiffs, | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) |
| vs. | JURY DEMAND |
| [UNDER SEAL] | |
| [UNDER SEAL] | |
| [UNDER SEAL] | |
| [UNDER SEAL] | |
| Defendants. | |

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 1
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *ex rel.* FED CONSULTING, LLC, a<br>Delaware Limited Liability Company,<br><br>                                 *Plaintiffs,*<br>            vs.<br>DAMA TECHNOLOGY, INC.<br><br>Address:<br>883 Sneath Ln, Ste. 213<br>San Bruno, CA 94066-2413<br><br>Chief Executive Officer:<br>Patrick O'Boyle<br>883 Sneath Ln, Ste. 213<br>San Bruno, CA 94066-2413<br><br>Registered Agent:<br>Paracorp Incorporated<br>2140 S Dupont Hwy<br>Camden, DE 19934<br><br>and<br><br>PATRICK O'BOYLE,<br><br>                                 *Defendants.* | Case No.:<br><br>COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ.<br><br>FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)<br><br>JURY DEMAND |

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

## 1.0   **INTRODUCTION**

1.1    Qui tam Relator, FED Consulting LLC, a Delaware limited liability company ("Fed Consulting"), individually and on behalf of the United States of America, files this Complaint against Dama Technology Inc., doing business as Dama Financial ("Dama"), to recover damages, penalties, and attorney's fees for violation of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* ("FCA" or "False Claims Act").

1.2    Defendants, and each of them, engaged in making, or conspired to make or aided and abetted in making, false applications to and, in turn, obtaining a loan procured by their fraud on April 6, 2020, from OMB Bank, as agent for the U.S. Small Business Administration ("SBA"), in the principal amount of $1,027,700 (of which $1,038,634, including principal and other amounts, was later forgiven) by the SBA from a program meant to dispense loan funds to "eligible businesses" under the Paycheck Protection Program ("PPP"), Title I of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. 116-136, Title I, Section 1102, and SBA's applicable rules and regulations for adopted pursuant to the Federal Administrative Procedures Act, 5 U.S.C. §§ 500 *et seq.* ("PPP-Applicable Regulations"). See *Dama PPP Loan Information*, ***Exhibit 1.2***, attached and made a part hereof.

1.3    Under the PPP-Applicable Regulations, an "ineligible person" may not apply for or obtain a PPP loan. Specifically, businesses engaged in any illegal activity are "ineligible" to receive any SBA loan, including a PPP loan. 13 C.F.R. §120.110(h). Additionally, the SBA

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 3
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

published guidance further clarifying that it meant to sweep up in the prohibition "businesses that derive revenue from marijuana-related activities or that support the end-use of marijuana."

1.4     Making a false statement to obtain a PPP loan is also a federal crime subject to imprisonment or fine, or both.

1.5     In addition, Defendants, and each of them, engaged in applying for, or conspired to apply for, or aided and abetted in applying for and obtaining, forgiveness of the PPP loan, which was offered under the auspices of Title I of the CARES Act and the PPP-Applicable Regulations.

1.5     Defendants, and each of them, at the time of applying for and obtaining the PPP loan and forgiveness for the PPP loan either directly or indirectly derived revenue from marijuana-related activities and/or through the offering of their services supported the end-use of marijuana in violation of the PPP-Applicable Regulations.

1.6     At all times relevant to this Complaint, Defendants, and each of them, knew that their clients were cannabis-related (or cannabis-adjacent) businesses ("CRB"), which were engaged, directly or indirectly, in illegal activity under the Comprehensive Drug Abuse Prevention and Control Act of 1970, Pub. L. 91–513 ("Controlled Substances Act").

1.7     Defendants, and each of them, knew, at the time the applications for a loan and forgiveness of a loan were made that they were engaged in a scheme or schemes to deceive SBA and its agent, OMB Bank, into believing that the stated recipient of the loan and loan forgiveness was an "eligible person" engaged in legal activities.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 4
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1.8     On information and belief, Defendants lied to SBA and its agent, OMB Bank, as to the true, illegal nature of its business.

1.9     SBA and its agent, OMB Bank, were, on account of Defendants' deceit, unaware of the illegal activity and, thus, were also unaware that Defendants were "ineligible" for participation in the PPP.

1.10    As of the filing of this Complaint, the U.S. Government was unaware of this fraud and deceit by Defendants.

1.11    In addition the damages due to direct fraud, waste, and abuse committed by Defendants, their conduct ultimately resulted in significant indirect injury to "eligible" U.S. businesses that were deprived of otherwise available PPP funds on account of such PPP funds being diverted to "ineligible" recipients, the Defendants, who lied about their ineligibility.

## 2.0    JURISDICTION AND VENUE

2.1     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345 because this action arises under the False Claims Act, as amended at 31 U.S.C. §§ 3729-3733.

2.2     Defendant Dama Technology Inc. is registered as a foreign corporation with the Secretary of State for the State of Washington (UBI No. 604 705 383) and conducts business in the State of Washington. Defendant Patrick O'Boyle holds himself out with the Washington Secretary of State as the Governor of Dama Technology Inc. The registered agent for Dama Technology Inc. in the State of Washington is Paracorp Incorporated and its street address is 106 5th Avenue SE, Olympia, WA 98501.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 5
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

2.3     This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3729(a) because each of them transacts business and committed acts proscribed by the False Claims Act within this judicial district.

2.4     Venue is proper in this Court pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1391 and 1395(a) because Defendants committed violations of the False Claims Act within this judicial district.

2.5     The Relator and its principals do not have an affirmative obligation to report Defendants conduct to the U.S. Government.

2.6     The Relator was not involved, directly or indirectly, in the illegal conduct of Defendants.

2.7     Relator's allegations in this Complaint are based on independent knowledge or evidence of Defendants' fraud.

2.8     The information provided the U.S. Government and alleged in this Complaint has not been previously disclosed publicly.

2.9     Prior to the filing of this Complaint and service upon the Attorney General and the United States Attorney for this judicial district, the allegations contained in this Complaint were not known to the U.S. Government from any other source.

2.10    The allegations in this Complaint and supporting information made available to the Attorney General and the United States Attorney are substantial enough to assist the U.S. Department of Justice in pursuing a case against Defendants.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 6
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

2.11    Pursuant to 31 U.S.C. 3730(b)(2), Relator has provided the Attorney General and the United States Attorney for this judicial district with a copy of this Complaint and a written disclosure of substantially all material, evidence, and information in its possession concerning the allegations contained in this Complaint.

### 3.0    THE PARTIES

### 3.1    Relator FED Consulting, LLC

3.1.1    Relator, FED Consulting, LLC, is a Delaware limited liability company, whose address is 8310 S. Park Avenue, Tacoma, WA 98408, and is engaged in forensic research and associated consulting services.

3.1.2    The Relator is a U.S. citizen and is domiciled in the United States.

3.1.3    Joseph M. Vincent is the Managing Member and sole Governor of Relator, FED Consulting, LLC. Mr. Vincent practices law in Tacoma, Washington, as Joseph M. Vincent Ltd., P.C. The only other member of FED Consulting, LLC, is Forensic Research Trust, and Joseph M. Vincent Ltd. P.C. is its trustee.

3.1.4    Mr. Vincent was Director of Regulatory and Legal Affairs for the Washington State Department of Financial Institutions ("WDFI") from March 2003 to March 2021. Mr. Vincent has been an Adjunct Professor of Law at Seattle University School of Law, where he has taught J.D. and LLM candidates (1) Financial Institutions Law & Policy, (2) Introduction to the Law of Financial Technology (FinTech), and (3) Modern Payments Systems. While Director of Regulatory and Legal Affairs for WDFI, Mr. Vincent was the principal representative from WDFI to the Governor's Ad Hoc Inter-Agency Task Force Implementing

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 7
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1    Initiative 502 (the "legalization" of cannabis under Washington State law) and was a principal

2    drafter of WDFI's Guidance to State-Chartered Banks and Credit Unions on Cannabis-Related

3    Businesses after the publication of the FinCEN Guidance on Marijuana-Related Businesses and

4    the Department of Justice's companion Cole Memo II, both dated February 14, 2014. Mr.

5    Vincent has been a frequent speaker and also an expert witness on legal issues related to financial

6    services (deposits, lending, and payments) in relation to CRB.

7        **3.2**    **Defendant Dama Technology, Inc.**

8        3.2.1   Dama Technology, Inc., conducts substantial business under the alias

9    "Dama Financial" ("Dama"). Dama Financial considers itself the cannabis industry's leading

10    provider of access to banking and financial services, according to its own website located at

11    https://www.damafinancial.com/nd.

12        3.2.2   According to a press release dated January 20, 2022, located at

13    https://www.prnewswire.com/news-releases/dama-financial-to-acquire-growflow-

14    301465317.html, Dama Financial was founded in 2017 by a team of world-class fintech and

15    payment executives to provide "high-risk" industries with critical access to fundamental

16    financial services.

17        3.2.3   On April 10, 2020, and two days prior to Dama's PPP loan approval date,

18    its former Chief Revenue Officer, Eric Kaufman, was interviewed by *Ganjapreneur* and was

19    asked to describe Dama Financial's client base in the cannabis industry. Mr. Kaufman explained

20    that "Dama Financial works with licensed cannabis businesses from cultivators to manufacturers,

21    to distributors, to dispensaries to delivery depots, and everything in between." See

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE          HARPER LAW OFFICES, INC., P.S.
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 8                 8310 S. PARK AVENUE
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*           TACOMA, WA 98408
*VS. [UNDER SEAL] ET AL.*                   Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1  https://www.ganjapreneur.com/eric-kaufman-helping-cannabis-companies-secure-financial-

2  services/.

3          3.2.4   Dama Financial is incorporated as Dama Technology, Inc., under the laws

4  of the State of Delaware, with its current principal place of business located at 883 Sneath Ln,

5  Ste. 213 in San Bruno, CA 94066-241. Prior to this address, however, its principal place of

6  business was 460 Nichols Road, Ste. 325, Kansas City MO 6412., which is the address that was

7  used in Dama's PPP-loan application.

8      **3.3      Defendant Patrick O'Boyle.** Defendant Patrick O'Boyle is the chief executive

9  officer of Dama Technology, Inc., and was chief executive officer of Dama Technology, Inc.,

10  at all material times set forth herein.

11          **4.0     OVERVIEW OF APPLICABLE LAWS AND REGULATIONS**

12      **4.1      CARES Act and PPP**

13          4.1.1   Under the PPP-Applicable Regulations, an "ineligible person" may not

14  apply for or obtain a PPP loan. Specifically, as set forth in *13 C.F.R. § 120.110(h)* (last

15  amended as of August 21, 2017), "[b]usinesses engaged in any illegal activity" are "ineligible"

16  to receive any SBA-related loan, including a PPP loan.

17          4.1.2   Moreover, making a false statement to obtain a PPP loan is also a federal

18  crime subject to imprisonment or fine, or both. *15 U.S.C. §645(a); 18 U.S.C. §1344.*

19      **4.2      False Claims Act**

20          4.2.1   The False Claims Act, *31 U.S.C. §3729(a)(1)(A)*, makes knowingly

21  presenting or causing to be presented to the United States Government any false or fraudulent

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 9
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1  claim for payment or forgiveness of a debt a violation of federal law for which the United States

2  may recover three times the amount of the damages the Government sustains plus a civil money

3  penalty of $13,508-25,018 per claim.

4        4.2.2   The False Claims Act, *31 U.S.C. §3729(a)(1)(B)*, makes knowingly

5  making, using, or causing to be used or made, a false record or statement to get a false or

6  fraudulent claim paid or approved by the Government a violation of federal law for which the

7  United States Government may recover three times the amount of the damages the Government

8  sustains plus a civil money penalty of $13,508-$25,018 per claim.

9        **5.0**      **FACTUAL ALLEGATIONS**

10        5.1   Dama Financial holds itself and its legal entity, Dama Technology, Inc., out as

11  two separate entities, when they are in fact one company—Dama Technology, Inc. See ***Exhibits***

12  ***5.1-A, 5.1-B, 5.1-C, 5.1-D, 5.1-E,*** and ***5.1-F,*** attached and made a part hereof.

13        5.2   The   "Dama   Technology"   branded   website,   located   at

14  https://www.damatechnology.com/, holds itself out as a generic "agent of its partnering

15  financial institutions and licensed money transmitters." It purports to be offering merchants

16  "access to FDIC-insured financial services," "flexible merchant processing," "cash

17  management," and business-to-business payments on behalf of its partnering financial

18  institutions and licensed money transmitters. Nowhere on this website does it mention

19  "cannabis" or "high-risk merchants" or financial services for the cannabis industry. In fact, this

20  website appears like other websites for companies that are considered Independent Sales

21  Organizations (ISOs), the latter which work as resellers of another company's services.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 10
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

5.3    Dama Technology, Inc., is not a reseller of another company's services nor is it a generic agent for its partnering financial institutions and licensed money transmitters tasked with assisting merchants in acquiring bank accounts and other financial services. In fact, Dama Technology, Inc., is the legal entity name for its alias and alter ego, "Dama Financial."

5.4    "Dama Financial" also has a website located at https://www.damafinancial.com/, which explains that "Dama Business Solutions is the full end-to-end platform for any service your cannabis business needs."

5.5    "Dama Financial" markets exclusively to cannabis companies by explaining that by "combining Dama's fintech and payment solutions with GrowFlow's industry-leading software platform [it] has created the most comprehensive solution for cannabis companies, integrating product, operations, compliance, and financial data in a more usable and flexible solution than any current offering in the industry." It is clear from its website that "Dama Financial" only serves CRB customers – there is no marketing geared to any other industry but cannabis.

5.7    The website belonging to Dama Technology, Inc., has a privacy policy link at the bottom of the page. After clicking that link it directs you to a page located at https://www.damatechnology.com/privacy.html. The website belonging to Dama Financial has a privacy policy link as well at the bottom of its page. After clicking that link it directs you to a page located at https://www-damafinancial-com.sandbox.hs-sites.com/privacy. The contents of these webpages are identical as it relates to the privacy policy, with one exception: the email address provided to customers to use if they receive a phishing email is different. For Dama

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 11
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

1    Technology Inc., the webpage directs you to email "phishing@damatechnology.com", and for

2    Dama Financial the webpage directs you to email "phishing@damafinancial.com."

3        5.8    While both webpages purport to contain a link to the "Dama Online Privacy

4    Policy," only the Dama Technology Inc. webpage brings you to an actual privacy policy—

5    albeit an outdated 2018 one—while the Dama Financial link takes you to a webpage where only

6    the Gramm-Leach-Bliley Act's Notice to Customer portion of a compliant privacy policy exists.

7    No actual privacy policy is found on the website belonging to Dama Financial and no Notice to

8    Customer is found on the website belonging to Dama Technology. It is as if the two websites

9    together form one compliant privacy policy. These documents reference both names "Dama

10   Technology Inc." and "Dama Financial."

11       5.9    The Terms and Conditions link on both websites redirect to the same document

12   titled "Terms and Conditions Applicable to the Premier Account Application" and appear

13   identical in text. See **Exhibit 5.9**, attached and made a part hereof.  However, the webpage URL

14   links are different . See

15   https://cdn.damafinancial.com/legal/DamaFinancialApplicationTermsAndConditions.pdf    and

16   https://www.damatechnology.com/legal/DamaTechnologyApplicationTermsAndConditions.pd

17   f.

18       5.10   Connecting Dama Technology Inc. and its alias and alter ego, "Dama Financial,"

19   together is not apparent outside of the small text in the privacy-related policies, which are

20   embedded within the two individual websites. It is unlikely that a person would randomly

21

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 12
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

discover and then associate the two names together online or even in a concerted effort to link the two together.

5.11    In fact, after Relator conducted extensive research, Relator discovered there are only two other places online where one can find evidence that the purported two companies are in fact one—(1) in a Notice of Appearance for Dama Technology Inc. d/b/a Dama Financial, filed in the United States District Court for the Southern District of Florida, in which neither Dama Technology Inc. nor "Dama Financial" is a named party in the lawsuit, and (2) in the United States Patent and Trademark Office database for Dama Technology's trademark registration for the word "DAMA." See *Exhibits 5.11-A, 5.11-B* and *55.11-C*, attached and made a part hereof.

5.12    This level of difficulty in associating the two company names together evidences a level of intentionality to make it look like there are two companies conducting wildly different activities – one being federally illegal conduct – when in fact, they are one in the same company.

5.13    Typical due diligence in underwriting a loan would include looking into the company requesting the loan to confirm it is, in fact, a bona fide business lawfully conducting its services in the proper jurisdiction. If an underwriter investigated Dama Technology Inc. to determine its eligibility in receiving a loan—specifically, a PPP loan—based on its advertised services and offerings on its website, it would likely receive a loan. However, if that same underwriter investigated "Dama Financial" to determine its eligibility in receiving a PPP-loan, it would find that its marketed cannabis-related activity would disqualify it from receiving one. This is likely why Dama Technology Inc. received a PPP loan.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 13
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

### 6.0    COUNT ONE
**Knowingly Submitting False Claims For Payment—31 U.S.C. §3729(a)(1)(B)**

6.1    Relator incorporates all the allegations set forth in the foregoing paragraphs as thought fully alleged herein.

6.2    The False Claims Act imposes liability on any person who knowingly presents or causes to be presented a false or fraudulent claim for payment or approval. 31 U.S.C. 3729(a)(1)(A).

6.3    Defendants knowingly presented or caused to be presented false claims for payment when they submitted a fraudulent application to OMB Bank, a statutory agent for the SBA, for a PPP loan identified in Paragraph 1.2 of this Complaint.

6.4    Defendants continued to present and cause to be presented false claims for payment when they requested and received from SBA forgiveness for the PPP loan identified in Paragraph 1.2 of this Complaint.

6.5    The false claim for payment were material to OMB Bank's decision, as an underwriting agent for SBA, to submit Defendants' application for the PPP loan for approval by SBA.

6.6    The false claim for payment were material to SBA's decision to approve Defendants' application for the PPP loan.

6.7    The false claim for loan forgiveness were material to SBA's decision to grant Defendants' request for loan forgiveness.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 14
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

6.8     In their conduct as set forth in Paragraphs 6.3 through 6.7, inclusive, Defendants knowingly made or caused to be made false records or statements material to a false claim.

6.9     The false records or statements Defendants made were used to support a false claim for a PPP loan and subsequent forgiveness of that PPP loan.

6.10     Accordingly, the United States Government is entitled to recover three times the amount of the damages the government sustains and a civil money penalty for such false claims.

**7.0     COUNT TWO**
**Violation of the False Claims Act—31 U.S.C. §3729(a)(1)(B)**
**Knowingly Making False Records and Statements Material to a False Claim**

7.1     Relator incorporates herein all of the allegations made in Paragraphs 6.1 through 6.9, inclusive.

7.2     Defendants knowingly made or caused to be made false records and statements material to a false claim in violation of 31 U.S.C. §3729(a)(1)(B).

7.3     Accordingly, the United States Government is entitled to recover three times the amount of the damages the government sustains and a civil money penalty for such false claims.

**8.0     PRAYER FOR RELIEF**

WHEREFORE, Relator, FED Consulting, LLC, acting on behalf and in the name of the United States of America and on its own behalf, prays that judgment be entered against Defendants, and each of them, for violations of *31 U.S.C. §3729(a)(1)(A)* and *31 U.S.C. §3729(a)(1)(B)*, as follows:

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 15
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

8.1   This Court enter judgment against Defendants, and each of them, in amounts equal as to each Defendant of three (3) times the amount of damages the United States Government has sustained because of the penalties of each Defendant's actions;, plus the maximum civil penalties for each act as applicable to each Defendant in violation of *31 U.S.C. §3729.*

8.2   In favor of Relator, FED Consulting, LLC, for the maximum amount pursuant to *31 U.S.C. § 3730(d)* to include reasonable expenses, attorneys' fees, and costs incurred by Relator.

8.3   For injunction against Defendants or any of its principals or affiliates from retaliation against Relator or the principals of Relator.

8.3   For all costs of civil action;

8.4   In favor of Relator and the United States of America for further relief as this Court deems to be just and equitable; and

8.5   Such other relief as this Court deems appropriate.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 16
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]*
*VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

CONFIDENTIAL AND UNDER SEAL – QUI TAM COMPLAINT

### 9.0   JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator, FED Consulting, LLC, hereby demands a jury trial.

DATED:       July 8th, 2024

HARPER LAW OFFICES, INC., P.S.

Joseph T.G. Harper, WSBA #34297
8310 S. Park Avenue
Tacoma, WA 98125
Ph: (253) 212-2450
Fax: (253) 212-2467
Email: harperlawoffices@comcast.net

COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE
CLAIMS ACT, 31 U.S.C. §§ 3729 ET SEQ. - 17
*UNITED STATES OF AMERICA EX. REL [UNDER SEAL]
VS. [UNDER SEAL] ET AL.*

HARPER LAW OFFICES, INC., P.S.
8310 S. PARK AVENUE
TACOMA, WA 98408
Ph: (253) 212-2450 | Fax: (253) 212-2467

**ProPUBLICA**   TRACKING PPP                                           Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

|                                                    | Search |
|----------------------------------------------------|--------|

Home ›

## DAMA TECHNOLOGY, INC.

❓ Why is my loan information here?

| Loan Amount | Amount Forgiven |
|---|---|
| **$1,027,700** | **$1,038,634** |
| | *Includes any accrued interest* |

Where applicants said the money will go

| | |
|---|---|
| Payroll | $770,775 |
| Utilities | $128,463 |
| Mortgage Interest | $128,462 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Kansas City, MO
Urban

Industry
Financial Transactions Processing, Reserve, and Clearinghouse Activities

Date Approved
April 6, 2020 (First Round)

Lender
OMB Bank

Jobs Reported
48

Business Type

Subchapter S Corporation

Business Age
New Business or 2 years or less

Loan Status
Forgiven


Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during the defined period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data reflects loan applications approved by banks and submitted to the SBA. It may not account for money not distributed to, or credit not used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

---

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

---

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

---

Leak to Us

Steal Our Stories

Contact Us

Donate



© Copyright 2017 Pro Publica Inc.

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

| HOME | Entity Details |
|------|----------------|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6382730 | Incorporation Date / Formation Date: | 4/17/2017 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **DAMA TECHNOLOGY, INC.** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | **PARACORP INCORPORATED** | | |
|---|---|---|---|
| Address: | **2140 S DUPONT HWY** | | |
| City: | **CAMDEN** | County: | Kent |
| State: | **DE** | Postal Code: | 19934 |
| Phone: | 302-697-4590 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

EXHIBIT 5.1-B



**State of Missouri**

**John R. Ashcroft, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

> **F001330438**
> **Date Filed: 2/20/2019**
> **John R. Ashcroft**
> **Missouri Secretary of State**

### Statement of Correction for a
### General Business or Nonprofit Corporation

1.  The name of the business entity is   D AMA TECHNOLOGY, INC.          Charter #: F001330438

2.  The state/country under whose laws it was organized is:  Delaware

3.  Type of document being corrected (or filed copy attached):
    Creation - Gen. Business Foreign (9/6/2018)

4.  The error is corrected as follows:
    change Address from the San Francisco office to 460 Nichols Road, Suite 325, Kansas City MO 64112

5.  The reason for such correction is:
    The original filing was made before the Kansas City office was opened

6.  Date original document was filed with the MO Secretary of State:
    9/6/2018

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Steven Coleman | STEVEN COLEMAN | Secretary | 02/20/2019 |
|---|---|---|---|
| *Authorized Signature* | *Printed Name* | *Title* | *Date of Signature* |

Name and address to return filed document:

Name:   Steven Coleman

Address:   Email: steve.coleman@colemanpllc.com

City, State, and Zip Code:

Corp. 60 (11/2008)

John R. Ashcroft Secretary of State

**2023 ANNUAL REGISTRATION REPORT**

BUSINESS

**F001330438**
**Date Filed: 11/30/2023**
**John R. Ashcroft**
**Missouri Secretary of State**

---

**❋ SECTION 1, 3 & 4 ARE REQUIRED**

REPORT DUE BY: 12/31/2023

F001330438
DAMA TECHNOLOGY, INC.
PARACORP INCORPORATED
222 E. DUNKLIN SUITE 102
JEFFERSON CITY MO 65101

RENEWAL MONTH:
**SEPTEMBER**

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO FOR A $25.00 FEE

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: ❋

883 Sneath Ln Ste 213                    (Required)

STREET
San Bruno     CA         94066-2413
CITY / STATE              ZIP

**1**

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW
REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address
Must be a Missouri address. PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

| OFFICERS **A** | BOARD OF DIRECTORS **B** ❋ |
|---|---|
| NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
| MUST LIST PRESIDENT AND SECRETARY BELOW | MUST LIST AT LEAST ONE DIRECTOR BELOW |

**PRESIDENT** O'Boyle, Patrick
STREET 883 Sneath Ln Ste 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413

**SECRETARY** RATACZAK, AARON
STREET 883 Sneath Ln Ste 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413

**VICE PRESIDENT** ANDERSON , JON
STREET 883 Sneath Ln Ste 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413

**TREASURER** Erxleben, Trevor
STREET 883 Sneath Ln Ste 213
CITY/STATE/ZIP San Bruno CA 94066-2413

*NAME* Labry, Ed
STREET 883 SNEATH LN STE 213
CITY/STATE/ZIP SAN BRUNO CA 94066-6802 USA

*NAME* Henry, Dan
STREET 883 SNEATH LN STE 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413 USA

*NAME* Gresham, George
STREET 883 SNEATH LN STE 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413 USA

*NAME* Hatzopoulos, Anh
STREET 883 SNEATH LN STE 213
CITY/STATE/ZIP SAN BRUNO CA 94066-2413 USA

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false ❋
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here      Aaron Rataczak                    (Required)

Please print name and title of signer:      Aaron Rataczak        /        Secretary
NAME                          TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 12/31/2023
__$35.00 If filed on or before 1/31/2024
__$50.00 If filed on or before 2/29/2024
__$65.00 If filed on or before 3/31/2024
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW
IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION
PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State
## 2023 ANNUAL REGISTRATION REPORT
BUSINESS

**F001330438**
**DAMA TECHNOLOGY, INC.**
**PARACORP INCORPORATED**
**222 E. DUNKLIN SUITE 102**
**JEFFERSON CITY MO  65101**

| | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| **3** | *OTHER*    Newman, Jeffrey B<br>STREET      883 Sneath Ln Ste 213<br>CITY/STATE/ZIP    San Bruno  CA<br>    94066-2413<br><br>*CHAIRMAN*    O'Boyle, Patrick<br>STREET    883 Sneath Ln Ste 213<br>CITY/STATE/ZIP    SAN BRUNO  CA<br>    94066-2413 | *DIR.*<br>STREET<br>CITY/STATE/ZIP |

**EXHIBIT 5.1-B**
Case 3:24-cv-05544   Document 1   Filed 07/08/24   Page 25 of 34



# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |

## Gen. Business - For Profit Details as of 4/26/2024

Required Field *

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |

Amended Articles Accepting Professional Corporation Law (Corp 43)

ORDER COPIES/ CERTIFICATES

General Information    Filings    Principal Office Address    Contact(s)

### Principal Office Address

☑ Show Previous Principal Office Address

| Type | Address | Since | To |
|------|---------|-------|-----|
| Principal Office | 883 Sneath Ln Ste 213 San Bruno,, CA 94066-2413 | 11/30/2023 | |
| Reg. Office | 222 E. Dunklin Suite 102 Jefferson City,, MO 65101 | 9/6/2018 | |
| Principal Office | 460 Nichols Rd Ste 325 KANSAS CITY ,, MO 64112-2042 | 11/16/2022 | 11/30/2023 |
| Principal Office | 460 Nichols Rd Kansas City,, MO 64112 | 11/17/2021 | 11/16/2022 |
| Principal Office | 460 Nichols Road Ste. 325 Kansas City,, MO 64112 | 2/20/2019 | 11/17/2021 |
| Principal Office | 320 Corey Way South San Francisco,, CA 94080 | 11/1/2018 | 2/20/2019 |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



Hey there! I am an A.I. chatbot, let's talk.

California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for* **corporations,** **limited liability companies** *and* **limited partnerships** *of record with the California Secretary of State, with* **free PDF copies** *of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are* **not contained** *in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable,* **remove "C"** *from the entity number. Note,* **a basic search** *will search* **only ACTIVE entities** *(Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the* **Advanced** *search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than*

DAMA TECHNOLOGY, INC. (4085608)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 11/29/2017 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 883 SNEATH LANE SUITE 213 SAN BRUNO, CA 94066 |
| Mailing Address | P.O. BOX 5730 SOUTH SAN FRANCISCO,CA94083 |
| Statement of Info Due Date | 11/30/2024 |
| Agent | 1505 Corporation PARACORP INCORPORATED |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | Matthew Marzucco 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Barbara Geiger 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Leticia Herrera 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Jody Moua 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Abigale Peterson 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Alisia Mojarro 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Vanessa Flanagan 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Chris Mays 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Saida Galan 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | KRISTEN CARTER 2804 GATEWAY OAKS DR., |

Business      UCC

Home

Search

Forms

Help

*of by entity groups (e.g., All Corporations) as well as searching by ? begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

dama technology 🔍

Advanced ⌄

Results: 2

| Entity Information | Initial Filing Date | Status |
|---|---|---|
| DAMA TECHNOLOGY, INC. (4085608) > | 11/29/2017 | Active |
| DAMASARA TECHNOLOGY, LLC (200322110099) > | 08/07/2003 | Termina |

## DAMA TECHNOLOGY, INC. (4085608)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 11/29/2017 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation **- Out of State - Stock** |
| Principal Address | 883 SNEATH LANE SUITE 213 SAN BRUNO, CA 94066 |
| Mailing Address | P.O. BOX 5730 SOUTH SAN FRANCISCO,CA94083 |
| Statement of Info Due Date | 11/30/2024 |
| Agent | 1505 Corporation PARACORP INCORPORATED |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | Matthew Marzucco 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Barbara Geiger 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Leticia Herrera 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Jody Moua 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Abigale Peterson 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Alisia Mojarro 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Vanessa Flanagan 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Chris Mays 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | Saida Galan 2804 GATEWAY OAKS DR., SACRAMENTO, CA |
| | KRISTEN CARTER 2804 GATEWAY OAKS DR., |

EXHIBIT 5.1 F

Case 3:24-cv-05544 · Document 1 · Filed 07/03/24 · Page 28 of 34



BA20231707980



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

B2238-7419  11/07/2023 2:45 PM Received by California Secretary of State

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20231707980 |
| Date Filed: 11/7/2023 |

### Entity Details

| | |
|---|---|
| Corporation Name | DAMA TECHNOLOGY, INC. |
| Entity No. | 4085608 |
| Formed In | DELAWARE |

### Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 883 SNEATH LANE<br>SUITE 213<br>SAN BRUNO, CA 94066 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | P.O. BOX 5730<br>SOUTH SAN FRANCISCO, CA 94083 |
| Attention | |

### Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 883 SNEATH LANE<br>SUITE 213<br>SAN BRUNO, CA 94066 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| AARON RATACZAK | P.O. BOX 5730<br>SOUTH SAN FRANCISCO, CA 94083 | Secretary |
| Jon Anderson | P.O. BOX 5730<br>SOUTH SAN FRANCISCO, CA 94083 | Chief Financial Officer |
| ▪ PATRICK O'BOYLE | P.O. BOX 5730<br>SOUTH SAN FRANCISCO, CA 94083 | Chief Executive Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED<br>Registered Corporate 1505 Agent |

### Type of Business

| | |
|---|---|
| Type of Business | FINANCIAL SERVICES |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*AARON RATACZAK*

Signature

*11/07/2023*

Date

B2238-7420 11/07/2023 2:45 PM Received by California Secretary of State

EXHIBIT 9

# Terms and Conditions Applicable to the Premier Account Application

**Important: Please read the following Terms and Conditions for the Premier Account Application and keep a copy for your records.**

Thank you for applying for a deposit account (an "Account") offered by our financial institution  (the "Bank"), that will be serviced by Dama Financial ("Dama" or "Dama Financial" and, together with the Bank "we", "our" or "us"). We look forward to getting to know you and your business better. This document constitutes the agreement ("Agreement") outlining the terms and conditions applicable to your application for an Account. To obtain an Account you must complete the application process in accordance with this Agreement. If the Bank determines your application and information meets its account opening requirements, it will open an Account for you.

**Authorization:** When you ("you" and "your" means you in your personal capacity and as the owner, officer or partner of the company applying for an Account) submit an application for an Account, you agree to the following:

1. You represent and warrant that you have the authority to bind your business to the terms & conditions of this application and the Account Agreement. You authorize us to obtain background reports, credit bureau reports, criminal history records from any criminal justice agency and any other information about you and your business in connection with: 1) the evaluation of the eligibility of your company for an Account; 2) the administration or ongoing monitoring of your company's Account; and 3) offering you enhanced or additional products and services.
2. When you register to begin the application, you will be presented with an opportunity to accept the terms of the Account Agreement. You will agree to the terms of this Agreement by providing your digital signature and/or using or authorizing the use of the Account. A copy of the current version of the Account Agreement can be found here https://www.damafinancial.com/legal/DamaFinancialAccountTermsAndConditions.pdf.
3. When you give us your mobile phone number, you also give us your permission to contact you at that number with respect to all of your interactions with us. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Your consent also allows companies working on our behalf to service your Account to contact you. Message and data rates may apply. You may contact us anytime to change these preferences.
4. When you give us your email address, you give us your permission to contact you at that email address about all of your interactions with us. You may contact us at anytime to change these preferences.

## Applying for an Account

### Definitions

When used in this Agreement, "Ultimate Beneficial Owner" refers to the person, persons or organizations who own a significant stake in your business. "Control Person" refers to the officers, directors and key employees of your business. "Partners" means significant customers of and vendors to your business.  We will determine who is included in the group consisting of your Ultimate Beneficial Owners, Control Persons and Partners based on the business information you supply us in connection with your Account application. Unless it would be inconsistent to do so, words and phrases used in these terms and conditions should be construed so that the singular includes the plural and the plural includes the singular.

In order to submit an application, you must be an individual who can lawfully enter into and form contracts on behalf of your business under applicable law in the state in which your company resides or does business. By applying for an Account, you acknowledge and agree that your Account may only be used for business purposes and that Accounts may only be opened by business entities (including sole proprietorships). You must be at least

21 years old to apply for an Account. To qualify for an Account, you must have a valid permanent home address, and your business must be located, within the United States.

To understand your business and comply with Regulatory and Compliance guidelines set by the Federal and State governments, we will request information about your business (including financial information) and your licenses ("Business Information"). We will also request information about the Ultimate Beneficial Owners, Control Persons and Partners associated with your business. If you omit any information on the application, we will deny your request for an Account

After you submit your application, an email will be sent to Ultimate Beneficial Owners, Control Persons and Partners associated with your business requesting them to (i) provide additional information that we will use to evaluate your application and (ii) consent to the identity, criminal, background and credit checks we will conduct regarding them in connection with our evaluation of your application. Your application will not be approved if any Ultimate Beneficial Owners, Control Persons or Partners associated with your business fail to provide the additional information and consents we request.

When the requested information and consents are submitted, we will obtain additional data from third parties and conduct identity, criminal, background and credit checks for your business, yourself and others associated with the business, including the Ultimate Beneficial Owners, Control Persons and Partners.

We will review your Business Information and the identity, background and credit checks we obtain as part of your application to determine whether your business is eligible for an Account. Based on this review, you may or may not be approved for an Account.

You are responsible for notifying us of any change to the Business Information, Ultimate Business Owners, Control Persons or Partners at all times during the application process and thereafter if you are approved for an Account. Changes include, but are not limited to, or changes in any of your Ultimate Beneficial Owners, Control Persons or Partners and any changes in a person's physical address, email address or text message address. You must provide us with notice of any such change no later than two (2) weeks after the change takes effect. Any notice of changes to the information contained in your application may be provided to us via email at ClientServices@DamaFinancial.com, by telephone at 1-877-401-3262 (DAMA).

We will attempt to communicate with you and the other persons associated with your business by use of the most recent contact information you have provided to us. You agree that any notice or communication sent to an address noted in our records shall be effective unless we have received an address change notice from you.

**USA PATRIOT Act and Bank Secrecy Act:** Please note: Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an Account with them (collectively, "Customer Information"). This information includes, but is not limited to, your name, address, date of birth, and other information that will allow us to identify you and your business. We may also ask for  identifying documents and other information. Our policies may also require additional information about you or any person associated with you or your Account to ensure that we comply with all applicable Customer Information requirements. We will decline your application if we are unable to obtain information sufficient to satisfy these requirements. By applying for an Account, you confirm that neither you nor any Control Persons, Partner or Ultimate Beneficial Owner associated with your business is subject to any sanctions programs administered or enforced by the U.S. Department of the Treasury, Office of Foreign Asset Control.

August 2020

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| PAUL KING | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  0:21-CV-23759-DPG |
| SOPHIA KING, MICHAEL KING, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Defendant, Dama Technology, Inc. d/b/a Dama Financial_                                                   .

Date:      01/11/2022

/s/Shani Rivaux
*Attorney's signature*

Shani Rivaux, Florida Bar No. 42095
*Printed name and bar number*

PILLSBURY WINTHROP SHAW PITTMAN, LLP
600 Brickell Avenue
Suite 3100
Miami, FL  33131
*Address*

shani.rivaux@pillsburylaw.com
*E-mail address*

(786) 913-4900
*Telephone number*

(786) 913-4901
*FAX number*

Print     Save As...                                                    Reset

EXHIBIT 5.11-B

# United States of America

## United States Patent and Trademark Office

# DAMA

**Reg. No. 5,666,325**

**Registered Jan. 29, 2019**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

DAMA Technology, Inc.  (CALIFORNIA CORPORATION), DBA DAMA FINANCIAL
Po Box 5730
South San Francisco, CALIFORNIA 94083

CLASS 36: Banking services; Banking services provided by mobile telephone connections; Banking and financing services; On-line banking services; Online banking services accessible by means of downloadable mobile applications

FIRST USE 11-1-2017; IN COMMERCE 6-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-953,277, FILED 06-07-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- **_First Filing Deadline:_** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **_Second Filing Deadline:_** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.